UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AARON ELL (#477309)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 12-775-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 2, 2013 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915(g) and 1915A.

Baton Rouge, Louisiana, April 22, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA